IRWIN SHAYLOR BOOKHART
(Name)
480 Alta Rd
(Address)
Sandiego, CA 92179
(City, State, Zip)
V15388
(CDC Inmate No.)

FILED
JAN 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

| | |
|---|---|
| 2254 ____ | 1983 ✓ |
| FILING FEE PAID | |
| Yes ____ | No ✓ |
| IFP MOTION FILED | |
| Yes ____ | No ✓ |
| COPIES SENT TO | |
| Court ✓ | ProSe ____ |

# United States District Court
## Southern District of California

IRWIN SHAYLOR BOOKHART )
(Enter full name of plaintiff in this action.) )
Plaintiff, )

'08 CV 0075 DMS NLS
Civil Case No.____________
(To be supplied by Court Clerk)

v. )

K. WARNKE #960,
GARDNER # N/A,
Chula Vista City Jail,
________________________,
(Enter full name of each defendant in this action.)
Defendant(s).

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

________________________________________________.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, IRWIN S. BOOKHART (print Plaintiff's name), who presently resides at 480 ALTA Rd (mailing address or place of confirement) Sandiego, CA 92179, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Chula Vista ~~Police~~ City Jail (institution/place where violation occurred) on (dates) 17 NOV 07 (Count 1) ②, 19 NOV 07 (Count 2) ③, and 17 NOV 07 (Count 3) ①.

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant K. WaRNKe #960 (name) resides in ______ (County of residence), and is employed as a Chula Vista Police officeR (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: I ask officer WoRNKe for my cane(walking stick) but he refuse to give it to me. I needed my walking stick at that time because I was in a lot of pain in my back.

Defendant GaRdneR # N/A (name) resides in ______ (County of residence), and is employed as a Chula Vista Police OfficeR (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: OfficeR GaRdneR refused my cane also and refuse to give my mail and notebooks back to me. Officer Gardner said he saw me take someone else's mail on video.

Defendant K WaRnKe #960 (name) resides in ______ (County of residence), and is employed as a Chula Vista Police officeR (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: OfficeR K. WaRnKe #960 said he saw me take mail that didn't belong to me on video then ~~he~~ he told me he did not want my kind in his program(ICDTP)

Defendant ______ (name) resides in ______ (County of residence), and is employed as a ______ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ______

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: CRUEl and UNUSUAl Punishment (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ON 12, 13 and 14 of NOV 07 I ask officer K. NaRnke #960 for my cane (walking stick) but he Refuse to give it to me. I was in pain and need my walking cane. I also ask officer GaRdNeR but he said you will get it when you get it.

Count 2: The following civil right has been violated: Cruel and unusual Punishment (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

ON 17 NOV 07 I was interasated by officer K Warnke and officer Gardner about me being caught on video stealing someone's mail. I told both officer that was my mail (Day's of Praise) I pick back up because all the mail was taken except mine because I did not have a stamp on it. Furthermore, I said the video should have showed you I put that mail down at the beginning of day room as well as picked it back up when day room was over. Day Room hours is 3pm to 4pm. Both officers said the video I was caught on was 11 NOV 07 Veterans Day

Count 3: The following civil right has been violated: CRUEL AND UNUSUAL PUNISHMENT
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

ON 19 NOV 07 I was removed from the ICDTP Program at the Chula Vista Police City Jail Officer Gardner Refuse to give me my personal mail notebooks and parole papers. Only my cane and meds was given to me. I ask officer Gardner for my mail and he said that's all you're getting. All my personal mail was taken from me. Because of me being removed from the Chula Vista ICDTP The Summary of Revocation Hearing and decison found Prob. Cause (1) 999 Program failure and (2) 669 Petty theft I was given a addional 5 month in Prison for those findings BPH 1103-PCh

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: ________________________

Defendants: ________________________

(b) Name of the court and docket number: ________________________

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] ________________________

(d) Issues raised: ________________________

(e) Approximate date case was filed: ________________________.

(f) Approximate date of disposition: ________________________.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I sought relief with a 602 but it was Return to me. So I sent it to: Board of Prison Terms, Appeals Unit, 1515 "K" Street 6th Floor Sacramento, CA 95814

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from contact

2. Damages in the sum of $ $50,000.

3. Punitive damages in the sum of $ $50,000.

4. Other:

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

2 JAN 08
Date

Irwin Bookhart
Signature of Plaintiff

**BOARD MEMBERS**
ROBERT WINSTON
Chair
OTTO EMME
Vice Chair
EDDIE CASTORIA
Secretary
JAMES ACHENBACH
SHERYL BENNETT
GEORGE DELABARRE
RILEY GORDON
THOMAS INIGUEZ
MARK MARCHAND
DONALD WARFIELD
LOUIS WOLFSHEIMER

# County of San Diego

## CITIZENS' LAW ENFORCEMENT REVIEW BOARD

1168 UNION STREET, SUITE 400, SAN DIEGO, CA 92101-3819
TELEPHONE: (619) 238-6776 FAX: (619) 238-6775
www.sdcounty.ca.gov/clerb

**EXECUTIVE OFFICER**
CAROL A. TRUJILLO

November 30, 2007

Irwin Shaylor Bookhart **V15388**
R.J. Donovan State Prison
480 Alta Road San Diego, CA 92179

**Mr. Bookhart**

I received your letter dated November 26, 2007 concerning your complaint about the incident occurred at the Chula Vista Police Department detention facility.

The San Diego County Citizens' Law Enforcement Review Board does not have jurisdiction over your complaint. It exclusively investigates allegations of misconduct concerning San Diego County Sheriff's Deputies or Probation Officers.

I suggest that you contact the Chula Vista Police Department for advice on how to proceed. I am returning your letter for forwarding as you deem appropriate.

Sincerely,

Julio Estrada
Special Investigator

PS Could you please make me copy's

| COMPLAINANT | |
|---|---|
| COMPLAINANT NAME | IRWIN SHAYLOR BOOKHART |
| MAIL ADDRESS | Downtown Central Jail or Donavan State prison |
| PHONE#(HOME & WORK) | |

| SEX: M | ETHNICITY: Black | DOB: 19MAY65 | DL, ID or BK#: 7785723/ CDC# V15388 |
|---|---|---|---|

| | |
|---|---|
| NAME & ADDRESS OF AGGRIEVED (*IF OTHER THAN COMPLAINANT)* | CDC# V15388 my leave 29NOV07 for Donavan state prison |
| IF IN CUSTODY, FACILITY AND DATE OF RELEASE | Downtown Central Jail/may leave to Donavan State Prison |
| RELEASE DATE; OUT OF CUSTODY ADDRESS & PHONE | N/A Parole hold |

| INCIDENT CAUSING THIS COMPLAINT | | |
|---|---|---|
| INCIDENT LOCATION | 315 Fourth Ave Chula Vista Police Dept | |
| INCIDENT DATE & TIME | 17 NOV 07 14:30 | RACE OR GENDER ISSUE? yes |
| ACCUSED NAME, BADGE# & ASSIGNMENT *(USE EXTRA SHEETS IF NEEDED)* | officer ~~[illegible]~~ Warnke ID# 960<br>officer Gardner N/A | |
| WITNESS NAME & ADDRESS *(USE EXTRA SHEETS IF NEEDED)* | Copley I.C.D.T.P. inmate | |

**COMPLAINANT - GO TO NEXT PAGE>>>>>**

| CLERB STAFF USE ONLY | | | | | |
|---|---|---|---|---|---|
| LODGE DATE: | | FILE DATE: | | CASE NO: | |
| INTAKE INV: | | HOW RECEIVED: | | | |

INJURIES CLAIMED [] INJURIES VISIBLE [] DRUG OR ALCOHOL RELATED []
MEDICAL RELEASE SIGNED [] PHOTOS TAKEN [] OTHER WAIVERS SIGNED []

COMPLAINT CATEGORY *(Determined by Executive Officer)*: I [] II [] III [] IV [] V []

**ALLEGATIONS**

| | | | |
|---|---|---|---|
| | Use of Excessive Force (EF) | | Discrimination or Sexual Harassment (DC) |
| | Improper Discharge of Firearms (IDF) | | Illegal Search and Seizure (ISS) |
| | False Arrest (FA) | | False Reporting (FR) |
| | Criminal Conduct (CC) | | Misconduct (M) *Also see sub-categories below* |

*Misconduct Sub-categories:*
Discourtesy Procedure Retaliation Harassment Truthfulness Medical

**STAFF COMMENTS**

## DESCRIPTION OF INCIDENT

*(Attach added sheets; Number pages as needed; Sign bottom of each added page):*

ON 17NOV07 I informed officer Gardner and Officer K. Warnke #ID 960 that I needed my cane (walking stick) I was told when I first come to the ICDTP program Officer Warnke #960 the intake officer at the time told me If I need my walking cane ask and the staff would give it to me. I ask a few days prior to 17NOV07 for my cane but the officers refused to give it to me. When I ask for a complaint form Officer Gardner said you will get your cane and form when you get it. Furthermore I already informed the parole officer Siota about my treatment their. On 17NOV I was told to move to another cell which me and Copley did, my cellmate. Within a hour both officers came to the cells and told everybody to get out and go to another cell around the corner. When the call everybody back they search me last and took me around another corner and interogated me about me stealing mail and I was caught on tape. When I realize what they were talking about I told both officers it was my daily praise (Days of Praise) that I pick up. Officer Warnke said well, we just don't want your kind in this program. I was then kick out of the program and charge with Petty theft (669) I feel it was because of my Race! By both officer not looking at the hole tape from 3PM to 4PM. I new it was because of my race. Because as I told

**SWORN STATEMENT OF COMPLAINANT: I hereby certify that, to the best of my knowledge, and under penalty of perjury, the statements made herein are true.**

| Signature | Print Name | Date |
|---|---|---|
| Irwin Burkhart | IRWIN BURKHART | 26NOV07 |

Them if you seen me picking any thing up you should have seen me putting my mail down. From day one I had problems because of me wanting to better myself in life. I feel like it's abad thing for Police officers to lie on a person because they don't like the color of there skin is shamefull! I am a Veteran of the armed Forces And I believe all people should be treated with respect. when the officers lied on me, I could not believe it because they were the law! I talk to my Parole officer and explain it to him + I felt much better. my cell mate saw the races games the officers was playing with us to try and start problems. Furthermore, the officers went as far as to putting sand of some or dirty in my food and blasting the Phone in my Ear that I am still having Pain problems with. The officers did hurt my recovery but I am still keeping my head up because I no justic will be served. I will persue this matter with other agency's that handle discrimation cases. Moreover, I will perse this races matter with the Veterans Affairs

P.S. Evrey incustody Drug Program I was in I passed, (completed)!!! (Never Failed).

Signature
[signature]

Date
26NOV07

2 of 2

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ___ 1983 ✓

FILING FEE PAID Yes___ No ✓

IFP MOTION FILED Yes___ No___

COPIES SENT TO Court ___ ProSe ___

FILED JAN 1 1 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

**I (a) PLAINTIFFS**

**Irwin Shaylor Bookhart**

**DEFENDANTS**

**Warnke, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego

**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Irwin Shaylor Bookhart**
**480 Alta Road**
**San Diego, CA 92179**
**V-15388**

**ATTORNEYS (IF KNOWN)**

**'08 CV 0075 DMS NLS**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury-Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 1/11/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

RMiller