PLAINTIFF/PETITIONER/MOVANT'S NAME

V15388

PRISON NUMBER

R.J.D. Prison

PLACE OF CONFINEMENT

480 Alta Rd

San diego, CA 92179

ADDRESS

FILED

JAN 24 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

# United States District Court

## Southern District Of California

Irwin S. BooKHart

Plaintiff/Petitioner/Movant

v.

K. Warnke #960 Chula Vista Police Officer Gardner, Chula Vista Police officer, Chula Vista City Jail

Defendant/Respondent

Civil No. 08CV0075 DMS(NLS)

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Irwin S. BooKHart,

declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)

   If "Yes," state the place of your incarceration Donovan State Prison

   Are you employed at the institution? ☐ Yes ☒ No

   Do you receive any payment from the institution? ☐ Yes ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

   Yes

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. AUG 06 $200.00 A week
   ARMARK detail team
   100 Park Blvd
   SANdiego, CA 92101

3. In the past twelve months have you received any money from any of the following sources?:

| | | |
|---|---|---|
| a. Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. Rent payments, royalties interest or dividends | ☐ Yes | ☒ No |
| c. Pensions, annuities or life insurance | ☐ Yes | ☒ No |
| d. Disability or workers compensation | ☐ Yes | ☒ No |
| e. Social Security, disability or other welfare | ☐ Yes | ☒ No |
| e. Gifts or inheritances | ☐ Yes | ☒ No |
| f. Spousal or child support | ☐ Yes | ☒ No |
| g. Any other sources | ☒ Yes | ☐ No |

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. VA Benifits $350.00 A Month $356.00 A month from VA

4. Do you have any checking account(s)? ☐ Yes ☐ No
   a. Name(s) and address(es) of bank(s): SD Medical Federal Credit Union
   b. Present balance in account(s): $250.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: accRA Year: 1990 Model: INTeRSA
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value.____________________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.____________________

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):__________

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):____________________

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.__________

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

18 JAN 08
DATE

[signature]
SIGNATURE OF APPLICANT

# CERTIFIED STATEMENT OF TRUST ACCOUNT

I, IRWIN BookHart, V15388, F-4-20-149L
Name: CDC #: Housing Unit

am seeking to bring a civil action or appeal a judgment in Superior Court of CA without prepayment of fees
Title of the Court: (i.e. U. S. District Court)

(In Forma Pauperis) pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

IRWIN BookHart v. Chula Vista City Jail
Plaintiff: Defendant:

Address of the Court: Clerk of US District Court # 4290
880 Front St
SanDiego CA 92101

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution's Accounting office. I request a statment be sent to the court.

Irwin Bookhart
Inmate Signature:

---

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting office at the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was received in the Central Library on, 1-8-08,
Date:

by E. SIMON (signature)
Name of Librarian who logged request

---

A Certified Statement Of Trust Account for a six month period from 08-1-07 through 01-11-08 for the above
Date: Date:

identified inmate was processed through the Accounting Office at the Richard J. Donovan Correctional Facility on, 01-11-08, by W. GARCIA
Date: Name of person processing

I, W. GARCIA declare that on, 01-11-08, I
Name of person processing Date:

deposited the Certified Statement of Trust Account in the United States Postal Service addressed as follows.

Signed: (signature)
Signature of employee mailing statement

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant BOOKHART, IRWIN ,
(NAME OF INMATE)

V-15388 ,
(INMATE'S CDC NUMBER)

has the sum of $ 28.48 on account to his/her credit at

RJ DONOVAN CORRECTIONAL FACILITY .
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities N/A

to his/her credit according to the records of the aforementioned institution. I further certify that during **the past six months** the applicant's ***average monthly balance*** was $ 11.38 ,

and the ***average monthly deposits*** to the applicant's account was $ 11.38 .

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

1-11-08
DATE

[signature]
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

W. GARCIA
OFFICER'S FULL NAME (PRINTED)

OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, IRWIN BOOKHART #V15388, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

18 JAN 08
DATE

Irwin Bookhart
SIGNATURE OF PRISONER

REPORT ID: TS3030 .701 REPORT DATE: 01/11/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS

R.J.DONOVAN CORR. FACILITY

INMATE TRUST ACCOUNTING SYSTEM

INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER : V15388 BED/CELL NUMBER: F42000000000149L

ACCOUNT NAME : BOOKHART, IRWIN ACCOUNT TYPE: I

PRIVILEGE GROUP: U

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 10/05* | DD30 | CASH DEPOSIT | 1829/R&R | | 0.78 | | 0.78 |
| 11/02 | W534 | MEDICAL CHARG | 2300/CANE | | | 0.78 | 0.00 |
| 12/10* | DD30 | CASH DEPOSIT | 2857/SDCJ | | 67.50 | | 67.50 |
| 12/10 | W534 | MEDICAL CHARG | 2883/CANE | | | 10.00 | 57.50 |
| 12/11 | W515 | COPY CHARGE | 2926/COPY | | | 0.30 | 57.20 |
| 12/12 | FC04 | DRAW-FAC 4 | 2941/F42ND | | | 20.00 | 37.20 |
| 12/17 | W536 | COPAY CHARGE | 3037/DEC07 | | | 5.00 | 32.20 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | W515 | COPY CHARGE | 3321/DEC07 | | | 2.25 | 29.95 |
| 01/10 | W502 | POSTAGE CHARG | 3464/POSTA | | | 1.47 | 28.48 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/16/03 CASE NUMBER: SCD178866

COUNTY CODE: SD FINE AMOUNT: $ 400.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 08/01/2007 | | BEGINNING BALANCE | | 400.00 |
| 10/05/07 | DR30 | REST DED-CASH DEPOSIT | 0.86- | 399.14 |
| 12/10/07 | DR30 | REST DED-CASH DEPOSIT | 75.00- | 324.14 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 68.28 | 39.80 | 28.48 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE

--------------
28.48
--------------
--------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY W. GARCIA
TRUST OFFICE